**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| SAIM SARWAR, Individually, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CIVIL ACTION NO. 4:20-CV-00222-WTM-CLR |
| KARAN LLC, a Georgia Corporation, | ) ) |
| Defendant. | ) ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant hereby file this Joint Stipulation of Dismissal with Prejudice, showing this Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties voluntarily stipulate that all claims, disputes, and controversies between Plaintiff and Defendant in this matter are dismissed, with prejudice, and that each party shall bear its/his own attorney fees, costs and expenses of litigation.

Respectfully submitted on November 6, 2020.

| | |
|---|---|
| */s/ Tristan W. Gillespie* | */s/ Sarah H. Lamar* |
| Tristan W. Gillespie | Sarah H. Lamar |
| | |
| THOMAS B. BACON, P.A. | Hunter Maclean, Exley & Dunn, P.C. |
| 5150 Cottage Farm Rd. | 200 E. Saint Julian Street |
| Johns Creek, GA 30022 | Savannah, GA 31412-0048 |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |